UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY C. WRIGHT, | : | |
| Plaintiff | : | No. 3:12-CV-1277 |
| vs. | : | (Judge Nealon) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant | : | |

**ORDER**

FILED
SCRANTON

JUN - 2 2014

PER _____
DEPUTY CLERK

AND NOW, THEREFORE, this 2nd day of June, 2014, **IT IS HEREBY ORDERED THAT:**

Wright's motion for reconsideration (Doc. 15) is **DENIED.**

_____
United States District Judge